## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JULIER SAVON PÉREZ,                )
                                   )
      Petitioner,              )
                                   )
v.                                 )
                                   )  Case No. CIV-26-910-SLP
FNU WARDEN, et al.,                )
                                   )
      Respondents.             )
                                   )

## **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Suzanne Mitchell [Doc. No. 6].  The Magistrate Judge recommends that the Court dismiss this action without prejudice due to Plaintiff's failure to comply with her Order to pay the filing fee, and his failure to comply with the Court's rules.  [Doc. No. 5]. The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before June 23, 2026.  [Doc. No. 6].  To date, no objection has been filed, nor has an extension of time in which to object been sought or granted.[1]

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety and this action is DISMISSED without prejudice.  A separate judgment of dismissal shall be entered contemporaneously with this Order.

---

[1] The Court's docket reflects that the R&R was returned in the mail as undeliverable even though it was mailed to Plaintiff's address of record at the Diamondback Correctional Facility where a prior order in this action has been mailed. As noted by the Magistrate Judge, Plaintiff is responsible for providing notice of any change of address to the Court.  *See* LCvR 5.4 (requiring written notice of a change of address and further providing that papers sent by the Court are "deemed delivered if sent to the last known address given to the court."); *see also Theede v. United States Dep't of Labor*, 172 F.3d 1262, 1267-68 (10th Cir. 1999) (pro se plaintiff who failed to provide any change of address waived right to review of report and recommendation by failing to make a timely objection).

IT IS SO ORDERED this 13th day of July, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE